FILED

SEP 20 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

In The Matter of the Extradition of §
§
§   CASE NUMBER: EP:23-M-03039-MAT
SAUL LUNA VILLA, §
a/k/a Saul Luna, a/k/a "Pantera" §
§
§

**COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARD EXTRADITION (18 U.S.C. § 3184)**

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligations to the United Mexican States ("Mexico").

2. There is an extradition treaty in force between the United States and Mexico: The Extradition Treaty Between the United States of America and the United Mexican States, U.S.-Mex., May 4, 1978, 31 U.S.T. 5059, *as amended by* the Protocol to the Extradition Treaty Between the United States of America and the United Mexican States of May 4, 1978, U.S.-Mex., Nov. 13, 1997, S. TREATY DOC. NO. 105-46 (1998) ("Treaty").

3. The Treaty provides, in Article 11, for the provisional arrest of alleged fugitives pending the submission of a formal extradition request and supporting documents.

4. In accordance with Article 11 of the Treaty, the Government of Mexico has asked the United States to provisionally arrest SAUL LUNA VILLA a/k/a Saul Luna a/k/a "Pantera" ("LUNA VILLA") with a view toward his extradition.

5. According to the information that the Government of Mexico has provided, LUNA VILLA is charged with aggravated femicide, as defined in Article 126 Bis of the Criminal Code

6. This offense was committed within the jurisdiction of Mexico. On April 14, 2023, the Judge of First Instance of the Accusatory Criminal System of the Bravos Judicial District of the State of Chihuahua issued an arrest warrant for VILLA LUNA.

7. According to Mexico, the arrest warrant and provisional arrest request are based on the following facts:

   a. On April 7, 2023, at 7:24 p.m., law enforcement authorities in Mexico received a 911 call reporting the discovery of a dead body at the intersection of Paseo del Norte and Agustín Barbachano streets in the Anáhuac neighborhood in Ciudad Juárez, Chihuahua. The body was that of a female of dark complexion and brown hair, wearing blue denim shorts and a beige blouse. The autopsy report identified the cause of death as encephalic and thoracoabdominal viscera laceration due to firearm projectiles fired in the skull and thorax.

   b. On April 8, 2023, C. I. V. F. ("Witness #1"), the victim's mother, identified the body to Mexican law enforcement as that of her daughter A. M. B. V. ("the victim"). That same day, Witness #1 provided a statement to Mexican authorities:

       i. On April 7, 2023, at 1:00 p.m, Witness #1 received a call from the victim, who said she was going out with LUNA VILLA that night. When Witness #1 arrived home that evening, the victim told Witness #1 that LUNA VILLA was arranging for the victim to cross to El Paso, Texas, and that LUNA VILLA wanted to see the victim that night to give the victim money for her passage. Witness #1 told the victim that Witness #1 could not take care of the victim's children because Witness #1 was tired. The victim told Witness #1 that LUNA VILLA would pay Witness #1 to take care of the victim's children. The victim then called LUNA VILLA and put him on the phone with Witness #1. LUNA VILLA asked for Witness #1's permission to go out with the victim that night, indicating that he did not care about the rules and

wanted to see the victim despite his status as a military serviceman who is not allowed to cross the border. Witness #1 granted the victim permission and gave the victim 100 Mexican pesos for her Uber ride to meet LUNA VILLA. The victim's sister, L. B. V., accompanied the victim from Witness #1's residence to the street, where the victim got the Uber ride.

        ii.      At approximately 7:20 p.m., Witness #1 received from the victim's phone a photograph of her daughter, alive, in a vehicle. Witness #1 noted seeing what Witness #1 believed to be LUNA VILLA's right arm in the photograph, with his tattoo partially visible.

        iii.      Approximately five minutes later, Witness #1 received a phone call from LUNA VILLA asking if the victim had arrived home. Witness #1 was surprised and told LUNA VILLA that the victim was not home, and that the victim had just sent a photograph of the victim and LUNA VILLA together. Witness #1 ended the call with LUNA VILLA and tried to call the victim, but the victim did not answer. LUNA VILLA called Witness #1 again approximately ten minutes later asking if Witness #1 knew anything about the victim's whereabouts. Witness #1 answered that she did not.

        iv.      Witness #1 indicated that she knew LUNA VILLA because her daughter had a four-year relationship with him, after meeting LUNA VILLA on Facebook. Witness #1 stated that Witness #1 could recognize LUNA VILLA because Witness #1 had seen him during videochats and in photographs. Witness #1 identified a photograph as depicting LUNA VILLA. As part of the provisional arrest request, Mexican authorities provided a copy of the photograph identified by Witness #1 as depicting LUNA VILLA.

    c.      On April 18, 2023, A. R. M. R. ("Witness 2"), an Uber driver, provided a statement to Mexican authorities. According to Witness #2, on April 7, 2023, at 6:31 p.m.,

Witness #2 picked up a female passenger at Calle Juan Ibarra #6833, colonia Electricista.[1] Witness #2's passenger had light brown skin, long dark hair, beige tank top, dark denim shorts, and a tattoo of a "devil" on her neck.[2] Witness #2 drove his passenger to the "Smart de Navojoa" store at 6:50 p.m. Witness #2 overheard the passenger call someone informing him that she had arrived at the arranged pick up location. After dropping her off, Witness #2 saw his passenger get into a black GMC truck driven by a male wearing a white shirt.

    d.    While analyzing the area where the body was found, Mexican law enforcement noticed that a house had security cameras pointed in the direction of Paso del Norte and Agustín Barbachano streets in the Anáhuac neighborhood where the body was discovered. Video footage from those cameras shows the following:

    i.    At 19:20:46 hrs., a black 4-door truck of not very recent model arrives.

    ii.    At 19:20:53 hrs., the black truck comes to a halt.

    iii.    At 9:20:59 hrs., a man wearing a white T-shirt gets out of the driver's door of the black truck, runs towards the front passenger door, and opens it.

    iv.    At 19:21:02 hrs., the same man lowers a "bundle" from the passenger seat and deposits it on the ground on Paso del Norte Street at the intersection with Agustín Barbachano in the Anáhuac neighborhood, the place where the victim was found dead.

    v.    At 19:21:09 hrs., the same man runs towards the driver's door to get into the vehicle.

    vi.    At 19:21:15 hrs., the subject leaves in the black truck.

---

[1] According to Mexican authorities, this is the address of Witness #1's home.

[2] According to Mexican authorities, Witness #1 provided a photograph of the victim showing a tattoo on her neck that matches the description provided by Witness #2.

e. Records provided by the U.S. Department of Homeland Security show that on April 7, 2023, at 8:32 p.m., LUNA VILLA made a border crossing to the United States through the Córdova Bridge. Those records also indicate that an all-terrain black GMC truck, with the license plates SHZ3344, is one of the vehicles used by LUNA VILLA to make several border crossings.

f. On April 8, 2023, S. H. ("Witness #3"), a friend of the victim, provide a statement to Mexican authorities. According to Witness #3, Witness #3 had been friends with the victim since 2019 and had lived with the victim in Ciudad Juárez. In July 2020, Witness #3 met LUNA VILLA, who was the victim's romantic partner. The relationship between the victim and LUNA VILLA was not good. LUNA VILLA was very jealous and possessive, and the couple argued very often. Those arguments frequently resulted in LUNA VILLA pushing the victim around. In addition, LUNA VILLA was known to insult the victim when the victim did not want to have sex with LUNA VILLA. Witness #3 identified a photograph as depicting LUNA VILLA. As part of the provisional arrest request, Mexican authorities provided a copy of the photograph identified by Witness #3 as depicting LUNA VILLA.

8. Article 2 of the Treaty covers the offense underlying the request for provisional arrest.

9. LUNA VILLA may be found within the jurisdiction of this Court at Fort Bliss, Texas.

10. The Government of Mexico has represented that it will submit a formal request for extradition, supported by the documents the Treaty specifies and within the time the Treaty requires.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person issue in accordance with 18 U.S.C. § 3184 and the Treaty, and that this complaint and the warrant be placed under the seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

*[signature]*
IAN HANNA
ASSISTANT UNITED STATES ATTORNEY
WESTERN DISTRICT OF TEXAS

SWORN AND SUBSCRIBED BEFORE ME
THIS 20th DAY OF SEPTEMBER, 2023.

*[signature]*
HON. MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS