Filed: 01/25/2024
Clerk, U.S. District Court
Western District of Texas

By: ____FM____
Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| USA § § § | |
| vs. § § | Case Number:  EP:23-M -03039(1) |
| (1) SAUL LUNA VILLA § § | |

## ORDER SETTING WAIVER OF EXTRADITION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for *WAIVER OF EXTRADITION HEARING in Room 712, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX on **Thursday February 01, 2024 @ 10:00 AM**.

IT IS FURTHER ORDERED  that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and United States Probation Office.  Counsel for the defendant shall notify the defendant of this setting.

IT IS SO ORDERED this 25th day of January, 2024.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE