UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In the Matter of the Extradition of )
)  Case No. 23-MJ-03039-MAT
of Saul Luna Villa, a/k/a Saul )
Luna, a/k/a "Pantera" )

<u>AFFIDAVIT OF WAIVER OF EXTRADITION</u>

I, Saul Luna Villa, a/k/a Saul Luna, a/k/a "Pantera" having been fully informed by my

attorney, Elyse Bataller, of my rights under the extradition treaty in force between the United

States and Mexico and 18 U.S.C. §§ 3184-3196, do hereby waive any and all such rights and ask

the Court to expedite my return, in custody, to Mexico.

My attorney, with whose services I am satisfied, has explained to me the terms of the

extradition treaty in force between the United States and Mexico, the applicable sections of Title

18 of the United States Code, and the complaint filed by the United States Attorney in fulfillment

of the United States' treaty obligations to the Government of Mexico. I understand that,

pursuant to 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be

established, including:

– That currently there is an extradition treaty in force between the United States and Mexico;

– That the treaty covers the offense for which my extradition was requested;

– That I am the person whose extradition Mexico seeks; and

– That probable cause exists to believe that I committed the offense for which extradition was

requested.

I admit that I am the individual against whom charges are pending in Mexico and for

whom process is outstanding there. I fully understand that in the absence of a waiver of my

rights, I cannot be compelled to return to Mexico unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States issues a warrant of surrender.

I have reviewed the complaint, and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Mexico.

I hereby waive my rights under the extradition treaty and the applicable sections of Title 18 of the United States Code, and agree to be transported in custody, as soon as possible, to Mexico, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from Mexico.  No representative, official, or officer of the United States or of the Government of Mexico, nor any other person whosoever, has made any promise or offered any other form of inducement or made any threat or exercised any form of intimidation against me.  I execute this waiver of rights knowingly, voluntarily, and entirely of my own free will and accord.

Dated this 5th day of February 2024.

Saul Luna Villa

Elyse Bataller
Attorney for Saul Luna Villa

I hereby certify that on this 5th day of February, 2024, Saul Luna Villa personally appeared before me and made his oath in due form of law that the statements herein are true.

The Honorable Miguel A. Torres
United States Magistrate Judge
Western District of Texas