UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| In the Matter of the Extradition of ) | |
| ) | Case No. 23-MJ-03039-MAT |
| of Saul Luna Villa, a/k/a Saul ) | |
| Luna, a/k/a "Pantera" ) | |

<u>ORDER</u>

The Court having received the Complaint filed on September 20, 2023, by Ian M. Hanna, Assistant United States Attorney for the Western District of Texas pursuant to the request of the Government of Mexico, for the provisional arrest and extradition of Saul Luna Villa, a/k/a Saul Luna, a/k/a "Pantera", and an affidavit executed by Saul Luna Villa and witnessed by his attorney;

And, further, the Court having been advised in open session that Saul Luna Villa is a fugitive sought by the Government of Mexico; that he is aware that the Government of Mexico has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Mexico and Title 18, United States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that Saul Luna Villa be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the Government of Mexico, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his arrest and sought by the Government of Mexico, to the custody of such

authorized representatives to be transported to Mexico to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of Saul Luna Villa, together with any evidence seized, shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Mexico.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 1st day of Feb., 2024.

_____
The Honorable Miguel A. Torres
United States Magistrate Judge
Western District of Texas